# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT OWENSBORO

**GAYLON LEE BETAR**                                                       **PLAINTIFF**

**v.**                          **CIVIL ACTION NO. 4:07CV-130-M**

**JOE BLUE** *et al.*                                      **DEFENDANTS**

### MEMORANDUM OPINION

By prior Order, the Court granted Plaintiff's application to proceed without prepayment of fees and directed the Hopkins County Detention Center (HCDC) to collect and send payments to the Court in installments until the $350.00 filing fee is paid in full (DN 8). Shortly thereafter, Plaintiff sent a notice to this Court advising of a change in address from the HCDC to what appears to be a residential address in Madisonville, Kentucky (DN 9). A week later, the HCDC sent a notice to the Court advising that Plaintiff has been released to the State of Indiana (DN 10).

Unclear whether Plaintiff was still a prisoner (a determination which directly impacts the filing fee issue), the Court entered an Order on June 24, 2008, giving Plaintiff 30 days within which to notify the Court, in writing, whether he is incarcerated in the State of Indiana or whether he has been released from custody all together (DN 11). The Court further ordered: (1) if Plaintiff is still a prisoner, he must advise the Court of his current place of incarceration so that the Court can amend the filing fee order accordingly; or (2) if Plaintiff is no longer a prisoner and has been released from all custody, then he must file a non-prisoner application to proceed without prepayment of fees. The Court warned Plaintiff that his failure to comply with this Order within 30 days would result in dismissal of this action for failure to prosecute.

      Well over 30 days have passed, and Plaintiff has failed to comply with the Court's June 24, 2008, Order or show cause for said failure. The Court will, therefore, dismiss this action by separate Order for failure to comply with a prior Order of this Court and for failure to prosecute.

Date:

cc:      Plaintiff, *pro se*
           Defendants
           Hopkins County Attorney
4414.005